**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 74.96.141.86**

**ISP:** Verizon Internet Services
**Physical Location:** Vienna, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 05/16/2019 12:30:51 | 2A87321EA87B8BEF81E3D050D606DE97CE7DD2E6 | In Love with Leanne |
| 01/12/2019 22:31:49 | DBADB5297A88111AD4820864B7EF1F21AA822354 | One Romantic Evening of Hot Sex |
| 01/11/2019 14:12:57 | BB8A65BBAE1F6002EEF27D32B1F06F71816E3F4B | In Love or Lust |
| 10/27/2018 04:51:15 | 914C9908FCC37668E9E2D55F54B8F520093230E1 | California Couple Cumming in Malibu |

**Total Statutory Claims Against Defendant: 4**

EXHIBIT A

EVA466