IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
|    Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:19-cv-00896 (RDA/IDD) |
| JOHN DOE subscriber assigned IP address 74.96.141.86, | ) ) ) | |
|    Defendant. | ) ) | |

### ORDER

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice. Dkt. 10. Pursuant to the settlement agreement's terms, Plaintiff voluntarily dismisses Defendant from this action with prejudice. And because Defendant has neither filed an answer nor a motion for summary judgment, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the action is DISMISSED WITH PREJUDICE.

It is SO ORDERED.

October 8, 2019
Alexandria, Virginia

/s/
Rossie D. Alston, Jr.
United States District Judge